IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

JAMES W. SMITH, Jr., on his own behalf
and on behalf of those similarly situated,

    Plaintiff,

v.                                    Case No. 12-CV-02669 (SRN/TNL)

QUESTAR CAPITAL CORPORATION,
YORKTOWN FINANCIAL COMPANIES,
INC. and ALLIANZ LIFE INSURANCE
COMPANIES OF NORTH AMERICA,

    Defendants.
_____/

## **DEFENDANTS' MOTION TO DISMISS**

Pursuant to Rules 9(b) and/or 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Questar Capital Corporation, Yorktown Financial Companies, Inc. and Allianz Life Insurance Company of North America (collectively, "Defendants") respectfully move to dismiss Plaintiff James W. Smith, Jr.'s First Amended Class Action Complaint ("Amended Complaint"). For the reasons stated in Defendants' Memorandum of Law in Support of Their Motion to Dismiss the First Amended Class Action Complaint, filed contemporaneously herewith, Plaintiff's Amended Complaint should be dismissed with prejudice.

1

Respectfully submitted,

By: /s/ *Anthony N. Cicchetti*

Anthony N. Cicchetti, Esq. (*pro hac vice*)
Jorden Burt LLP
175 Powder Forest Drive
Suite 301
Simsbury, CT  06089-9658
(860) 392-5000
anc@jordenusa.com
CT302689

Roland C. Goss, Esq. (*pro hac vice*)
Jorden Burt LLP
1025 Thomas Jefferson Street, N.W.
Suite 400 East
Washington, D.C.  20007
(202) 965-8100
rcg@jordenusa.com
FL259276

James F. Jorden, Esq. (*pro hac vice*)
Jorden Burt LLP
1025 Thomas Jefferson Street, N.W.
Suite 400 East
Washington, D.C.  20007
(202) 965-8100
jfj@jordenusa.com
DC37598

Wendy J. Wildung, Esq.
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7759
wendy.wildung@FaegreBD.com
MN117055

*Attorneys for Defendants Questar Capital Corporation, Yorktown Financial Companies, Inc. and Allianz Life Insurance Company of North America*

Dated: September 30, 2013

*265557*