UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **JAMES W. SMITH, Jr., on his own behalf and on behalf of those similarly situated**,<br><br>Plaintiff,<br><br>v.<br><br>**QUESTAR CAPITAL CORPORATION, YORKTOWN FINANCIAL COMPANIES, INC., and ALLIANZ LIFE INSURANCE COMPANIES of NORTH AMERICA**,<br>Defendants. | Case No: **12-cv-02669 (SRN/TNL)**<br><br>**PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND PROVISIONAL CLASS CERTIFICATION** |

Plaintiff hereby moves the Court for preliminary approval of the Settlement under Federal Rule of Civil Procedure 23(e) and requests that the Court:

1. Grant preliminary approval of the proposed Settlement reached by Plaintiff and Defendants;

2. Provisionally certify, for purposes of settlement only, the Settlement Class specified in the Settlement Agreement and herein, pursuant to Fed. R. Civ. P. 23(a) and 23(b);

3. Approve Daniel E. Gustafson and Scott D. Hirsch as Settlement Class Counsel and approve Plaintiff James W. Smith, Jr., as Class Representative;

4. Approve the Notice Plan as the best practicable means of providing notice of the Settlement to the Class;

37394

5. Schedule a Final Approval Hearing to consider Plaintiff's motion for final approval of the proposed Settlement and for entry of the final judgment.

This Motion is based on Plaintiff's Memorandum of Law and the Declaration of Daniel E. Gustafson in support of this Motion.

Dated:  April 22, 2015					Respectfully submitted,

s/Daniel E. Gustafson
Daniel E. Gustafson (#202241)
Karla M. Gluek (#238399)
David A. Goodwin (#386715)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone:  (612) 333-8844

Scott D. Hirsch (admitted *pro hac vice*)
Florida Bar No. 50833
**SCARLETT & HIRSCH, P.A.**
7777 Glades Road, Suite 200
Boca Raton, FL 33434
Telephone:  (561) 278-6707

*Attorneys for Plaintiff*

37394