# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **JAMES W. SMITH, Jr., on his own behalf and on behalf of those similarly situated**, <br><br> Plaintiff, <br><br> v. <br><br> **QUESTAR CAPITAL CORPORATION, YORKTOWN FINANCIAL COMPANIES, INC., and ALLIANZ LIFE INSURANCE COMPANIES of NORTH AMERICA**, <br> Defendants. | Case No: **12-cv-02669 (SRN/TNL)** |

## PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENT AND CLASS CERTIFICATION

Plaintiff's Counsel hereby moves for the Court to provide final approval of the settlement and certify the settlement class.

This Motion is based on the pleadings, files and records herein, including Plaintiff's Memorandum of Law in Support of Motion for Final Approval of Settlement and Class Certification.

Dated:  August 18, 2015                                     Respectfully submitted,

38925

s/Daniel E. Gustafson
Daniel E. Gustafson (#202241)
Karla M. Gluek (#238399)
David A. Goodwin (#386715)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone:  (612) 333-8844
dgustafson@gustafsongluek.com
kgluek@gustafsongluek.com
dgoodwin@gustafsongluek.com

Scott D. Hirsch (admitted *pro hac vice*)
Florida Bar No. 50833
**SCARLETT & HIRSCH, P.A.**
7777 Glades Road, Suite 200
Boca Raton, FL 33434
Telephone:  (561) 278-6707
scott@shlawfla.com.com

***Attorneys for Plaintiff***

38925